R. L. Goodrich
22365 Barton Road, Suite 220
Grand Terrace, CA 92313
Telephone:  (909) 423-0700
Telecopier:  (909) 423-0461

Chapter 7 Trustee

**FILED**
FEB - 1 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL
RIVERSIDE

In re

JOSE SANTOS ALONSO
HORTENCIA ALONSO

              Debtor.

) Case No. 6:07-11601-PC
) Chapter 7
)
)
) **NOTICE OF UNCLAIMED**
) **DIVIDENDS**
) **3011**
)
)

**TO MICHAEL E. ROTBERG, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No. 3015 in the sum of $19.59 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: January 28, 2010

_____
R. L. GOODRICH
Chapter 7 Trustee

-1-

**UNCLAIMED DIVIDEND**

T Mobile
12920 SE 38th
Bellevue, WA 98006

Claim Amount: $343.16
Pro Rata 5.709% Payment Amount: $19.59